Slip Op. 15-75

## UNITED STATES COURT OF INTERNATIONAL TRADE

| |
|---|
| **TYCO FIRE PRODUCTS L.P.,**<br><br>    Plaintiff,<br><br>  v.<br><br>**UNITED STATES,**<br><br>    Defendant. |

**Before: Jane A. Restani, Judge**

**Court No. 08-00194**

### JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with the decision issued in Court No. 08-00190, Slip Op. 15-74, it is hereby

ORDERED, ADJUDGED, and DECREED that Defendant United States' Cross-Motion for Summary Judgment is GRANTED and Plaintiff Tyco Fire Products L.P.'s Motion for Summary Judgment is DENIED.  Customs' classification of the subject merchandise under subheading 7020.00.60, HTSUS, is sustained.

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Jane A. Restani
　　　　　　　　　　　　　　　　　　　　　　　　　Jane A. Restani
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge

Dated: July 10, 2015
　　　New York, New York